IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NNN 400 CAPITOL CENTER 16,<br>LLC, et al.,<br><br>      Debtors. | ) Chapter 11<br>) Bk. No. 16-12728(JTD)<br>) Adversary No. 18-50384(JTD)<br>)<br>)<br>) |
| NNN 400 CAPITOL CENTER, LLC,<br>et al.,<br><br>      Appellants,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>      Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-1260-CFC<br>)<br>)<br>)<br>) |
| NNN 400 CAPITOL CENTER, LLC,<br>et al.,<br><br>      Appellants,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>      Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-1261-CFC<br>)<br>)<br>)<br>) |

| | |
|---|---|
| NNN 400 CAPITOL CENTER, LLC, et al., | ) ) ) |
| Appellants, | ) ) |
| v. | ) Civil Action No. 20-1262-CFC ) |
| WELLS FARGO BANK, N.A., et al., | ) ) |
| Appellees. | ) ) |
| NNN 400 CAPITOL CENTER, LLC, et al., | ) ) ) |
| Appellants, | ) ) |
| v. | ) Civil Action No. 20-1266-CFC ) |
| WELLS FARGO BANK, N.A., et al., | ) ) |
| Appellees. | ) ) |
| NNN 400 CAPITOL CENTER, LLC, et al., | ) ) ) |
| Appellants, | ) ) |
| v. | ) Civil Action No. 20-1267-CFC ) |
| WELLS FARGO BANK, N.A., et al., | ) ) |
| Appellees. | ) |

## **ORDER**

At Wilmington this 5th day of November, 2020, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that these cases be

withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **December 7, 2020.**

2. Appellees' brief in opposition to the appeal is due on or before **January 8, 2021.**

3. Appellants' reply brief is due on or before **January 25, 2021.**

_____
United States District Judge